

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 22, 2021.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10436-tmd |
| MARY BRENNA RYLEE, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | (SUBCHAPTER V) |

### ORDER GRANTING
### EXPEDITED AGREED MOTION FOR AUTHORITY
### TO CONSUMMATE CONTRACT TO SELL REAL PROPERTY

On this day came on for consideration Debtor Mary Brenna Rylee's *Expedited Agreed Motion for Authority to Consummate Contract to Sell Real Property*, filed on June 18, 2021 (Dkt. No. 30) (the "Motion"). The Court finds that the motion has merit and should be GRANTED. It is therefore

ORDERED that the sale contemplated in the *One to Four Family Residential Contract (Resale)* (the "Contract") attached as Exhibit A to the Motion is fully authorized by the Court. The Debtor may consummate the sale as set forth in the Contract. Following closing, the Debtor shall file with the Court and provide to the United States Trustee the statements of sale proceeds required by Federal Rule of Bankruptcy Procedure 6004(f) and shall include in the disbursements for the

HB: 4829-6461-6173.4

pertinent Monthly Operating Report the liens and expenses paid from closing. It is further

ORDERED that the Debtor and her non-filing spouse are authorized to pay at closing out of the sale proceeds: (i) Community National Bank the full outstanding balance owed on the mortgage for the real property identified in the Contract (the "Property"); (ii) all unpaid ad valorem taxes owed to Ector County, Texas for the Property; (iii) a 5% commission to the real estate brokers, to be split 2.5% to the seller's agent and 2.5% to the buyer's agent; and (iv) all other usual and customary closing costs. It is further

ORDERED that the ad valorem taxes for year 2021 pertaining to the Property shall be prorated in accordance with the Contract, and if not paid in full at closing, shall thereafter be assumed by and be the responsibility and liability of the purchaser to pay when due, and the year 2021 ad valorem tax lien shall be retained against the subject Property until said taxes are paid in full. It is further

ORDERED that all excess sale proceeds available after paying the above-approved costs shall be deposited and remain in Husch Blackwell LLP's IOLTA account pending further Order of this Court. No funds shall be removed or transferred out of Husch Blackwell LLP's IOLTA account without entry of a further Order from this Court authorizing such removal or transfer. It is further

ORDERED that the Debtor and her non-filing spouse are authorized and Ordered to store the personal property located in the Property pending further Order of this Court.

### #

Submitted by:

Lynn Hamilton Butler
Jameson J. Watts
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)
Email: lynn.butler@huschblackwell.com
Email: Jameson.watts@huschblackwell.com

**PROPOSED COUNSEL FOR DEBTOR
MARY BRENNA RYLEE**

HB: 4829-6461-6173.4