**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2021.**



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCYCOURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>MARY BRENNA RYLEE,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 21-10436 |

**ORDER GRANTING EXPEDITED AGREED MOTION FOR ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW DETERMINATION OF CUSTODY ISSUES**

CAME ON for consideration the *Expedited Agreed Motion for Order Modifying the Automatic Stay to Allow Determination of Custody Issues*, filed on July 7, 2021 (Docket No. 43) (the "Motion").[1] The Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

HB: 4817-1768-3440.4

7

having reviewed the Motion and the record before it, finds that the relief sought in the Motion has merit and should be GRANTED. It is therefore

**ORDERED** that the automatic stay is lifted for the purpose of allowing the Divorce Court to enter and enforce judgments and orders in the Divorce Proceeding to the extent permitted by 11 U.S.C. § 362(b) related to the Child Custody Matters; it is further

**ORDERED** that issues concerning any alimony, child support, other monetary obligations of the Parties, or property valuation or division will not be determined without further approval from this Court to the extent such approval is necessary; it is further

**ORDERED** that this Court shall retain jurisdiction to interpret and enforce this Order.

**SO ORDERED.**

# # #

Submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
Jameson J. Watts
State Bar No. 24079552
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.Butler@huschblackwell.com
jameson.watts@huschblackwell.com

**PROPOSED COUNSEL FOR DEBTOR
MARY BRENNA RYLEE**

8

HB: 4817-1768-3440.4