IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10436-tmd |
| MARY BRENNA RYLEE, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | (SUBCHAPTER V) |

**DEBTOR'S EXPEDITED APPLICATION FOR RETENTION OF THE HAYGOOD LAW FIRM PURSUANT TO 11 U.S.C. § 327(e) AS FAMILY LAW COUNSEL**

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

Debtor Mary Brenna Rylee (the "Debtor") hereby files her *Expedited Application for Retention of the Haygood Law Firm Pursuant to 11 U.S.C. § 327(e) as Family Law Counsel* (the "Application") authorizing the Debtor's retention and employment of the Haygood Law Firm ("Haygood") as family law counsel for the Debtor. In support of the Application, the Debtor respectfully states as follows:

### I. SUMMARY

1. Prior to filing her bankruptcy, the Debtor used Haygood as counsel for her divorce currently pending in Travis County, Texas. Pursuant to 11 U.S.C. § 327(e), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and Rule 2014 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Western District of Texas (the "Local Rules"), the Debtor requests entry of an order authorizing the retention of Haygood to continue its role as counsel to the Debtor for her pending family law matters.

HB: 4819-6634-7758.2

## II. STATUS OF THE CASE AND JURISDICTION

2. On May 31, 2021 (the "Petition Date"), the Debtor commenced the above-captioned Chapter 11 case by filing a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code §§ 101, *et seq.* (the "Bankruptcy Code").

3. The Debtor is operating and managing her property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. No request for a trustee or examiner has been made. A committee of unsecured creditors has not been appointed or designated.

5. This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The bases for the relief sought in this Application are Sections 327, 328, 330, and 1107 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014 of the Local Rules.

## III. BACKGROUND

7. The Debtor and her non-filing spouse, Michael G. Rylee (the "Spouse" and together with the Debtor, the "Parties") are parties to a pending divorce proceeding (the "Divorce Proceeding"), styled *In the Matter of the Marriage of Mary Brenna Rylee and Michael Rylee*, Cause No. D-1-FM-20-002731, in the 353rd Judicial District Court of Travis County, Texas (the "Divorce Court").

8. Among the issues in the Divorce Proceeding is custody of the Parties' minor children (the "Child Custody Matters"). The Parties hope to have a determination of the Child Custody Matters prior to the start of the fall school year so that the Parties' children may begin classes without fear of disruption and the need to change schools during the academic year.

9. On July 8, 2021, the Debtor filed an Expedited Agreed Motion for Order Modifying the Automatic Stay to Allow Determination of Custody Issues (the "Motion") to allow the Divorce Court to hear and decide the Child Custody Matters, which was granted by the Court on July 9, 2021. *See* Dkt. Nos. 43 & 47.

## IV. RELIEF REQUESTED

10. The Debtor seeks to employ Haygood as counsel for her pending family law matters in the Divorce Proceeding, including the Child Custody Matters.

11. Section 327(e) of the Bankruptcy Code states: "The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed."

12. The Debtor believes that it is in the best interest of her estate that Haygood be employed as counsel for her family laws matters in the Divorce Proceeding under the terms and conditions set forth in the engagement agreement (the "Engagement Agreement") attached hereto as **Exhibit A** and the disclosures attached hereto as **Exhibit B** (the "Compensation Disclosures"). Haygood will charge on an hourly fee basis and will also be entitled to reimbursement of reasonable expenses. The 2021 hourly rate for Haygood is $400.00, a range which the Debtor believes is in accordance with standard and customary fees charged in Texas for similar family law matters. No final compensation will be paid until a fee application has been filed and approved by the Court, pursuant to 11 U.S.C. § 330 and the requirements of any other applicable law.

13. Haygood maintains an office for the practice of law at 522 North Grant Avenue, Odessa, TX 79761, with a telephone number of (432) 337-8514.

14. The employment of Haygood will not result in duplication of efforts by the Debtor's bankruptcy counsel at Husch Blackwell LLP. To the contrary, Haygood's substantive knowledge of the Debtor and her pending family law matters will result in more efficient legal representation of the Debtor in the Divorce Proceeding.

15. Lane A. Haygood, the primary attorney for Haygood in this matter, is a licensed attorney in good standing with the State Bar of Texas. Mr. Haygood has personal experience representing the Debtor in her family law matters. The Debtor believes that it is in her best interest to employ Haygood to represent her with respect to these matters.

16. Haygood does not currently hold a retainer balance on behalf of the Debtor and does not have a pre-petition or pre-conversion claim in the Bankruptcy Case.

17. Except as set forth in this Application and in the Declaration of Lane A. Haygood attached hereto as **Exhibit C** (the "Declaration"), Haygood has not received any other payment in connection with this Bankruptcy Case, nor has it executed any other agreement for payment of its fees or expenses in these cases, nor has it agreed to share any compensation in this case with any other person.

18. Undersigned counsel for the Debtor has reviewed this representation and does not believe that Husch Blackwell's representation of the Debtor constitutes a conflict of interest with respect to the proposed retention of Haygood.

19. To the best of Debtor's knowledge, on information and belief, Haygood has no connection with the Debtor, her creditors, parties-in-interest or affiliates, or attorneys, the United States Counsel, or any person employed in the Office of the United States Counsel.

20. No previous application for the relief requested herein has been made to this or any other court.

## V. CONCLUSION

WHEREFORE PREMISES CONSIDERED, the Debtor prays that she be authorized to retain the Haygood Law Firm as counsel for her family law matters, and for other just relief.

Dated: July 9, 2021.	Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Jameson J. Watts
Lynn Hamilton Butler
State Bar No. 03527350
Jameson J. Watts
State Bar No. 24079552
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com
jameson.watts@huschblackwell.com

**PROPOSED COUNSEL FOR
DEBTOR MARY BRENNA RYLEE**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with all counsel of record regarding the relief sought in this Motion and its expedited consideration. The Debtor's non-filing spouse agrees to the relief requested in this Motion and its expedited consideration. The Subchapter V Trustee and SouthStar Bank have no objection to the relief requested in this Motion and its expedited consideration. Ector County, Texas and the U.S. Trustee take no position on the relief requested in this Motion and have no objection to its expedited consideration. As of the filing of the Motion, no other parties have taken a position with respect to the relief requested in the Motion or its expedited consideration.

/s/ Jameson J. Watts
Jameson J. Watts

## **CERTIFICATE OF SERVICE**

      I certify that on July 9, 2021, a copy of this document was served upon the parties and by the means indicated below.

      /s/ Jameson J. Watts
      Jameson J. Watts

**Notice will be served via ECF to:**

Mary Brenna Rylee
c/o Jameson J. Watts
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Email: Jameson.watts@huschblackwell.com

American Momentum Bank
c/o Bruce Ruzinsky
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Email: bruzinsky@jw.com

American Momentum Bank
c/o Jennifer F. Wertz
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com

Ector CAD
c/o Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: don.stecker@lgbs.com

Michael G. Rylee
c/o Fareed Iqbal Kaisani
Platt Cheema Richmond PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Email: fkaisani@pcrfirm.com

Southstar Bank, S.S.B.
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
100 West Goodwin, Suite 700
Post Office Box 1969
Victoria, TX 77902
Email: rchapman@andersonsmith.com

Subchapter V Trustee
c/o Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Email: mcolvard@mdtlaw.com

Travis County
c/o Jason A. Starks
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Email: jason.starks@traviscountytx.gov

United States Department of Justice
Office of the United States Trustee
c/o J. Casey Roy, Trial Attorney
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: Casey.Roy@usdoj.gov

United States Trustee – AU12
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: ustpregion07.au.ecf@usdoj.gov

HB: 4819-6634-7758.2

2

**Notice will be mailed via United States first-class mail to:**

Briggs & Veselka Co
c/o Edward Fowler
901 S. Mopac Expressway
Bldg. II, Suite 450
Austin, TX 78746

Capital One Bank USA NA
PO Box 31293
Salt Lake City, UT 84131-1293

Community National Bank
1502 Avenue M
Hondo, TX 78861

Community National Bank
2659 John Ben Shepperd Pkwy.
Odessa, TX 79762

Ector County Tax Assessor/Collector
1010 East Eighth Street, Suite 100
Odessa, TX 79761

Friday Milner Lambert Turner, PLLC
3401 Glenview Avenue
Austin, TX 78703

GTG Solutions, Inc.
c/o Bob. J. Shelton P.C.
5103 Chad Drive
Arlington, TX 76017

GTG Solutions, Inc.
c/o Anna Hand-Registered Agent
500 West Sherman
Chico, TX 76431

Haygood Law Firm
c/o Lane Haygood
522 North Grant Avenue
Odessa, TX 79761

Internal Revenue Service
Special Procedures
Stop 5022 AUS
300 East 8th Street
Austin, TX 78701

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

James Firm PLLC
c/o Amanda James
1316 5th Avenue
Fort Worth, TX 76104

John Manicom
PO Box 341420
Austin, TX 78734

Kelly L. Burris
Cordell & Cordell PC
301 Congress Avenue, Suite 1800
Austin, TX 78701

Michael G. Rylee
101 Colorado, Apt. 3007
Austin, TX 78701-4292

Texas Comptroller of Public Accounts
Revenue Acctg Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001

Travis County Tax Assessor-Collector
P.O. Box 149326
Austin, TX 78714

HB: 4819-6634-7758.2