

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 09, 2021.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10436-tmd |
| MARY BRENNA RYLEE, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | (SUBCHAPTER V) |

**ORDER GRANTING
DEBTOR'S EXPEDITED APPLICATION FOR RETENTION OF THE HAYGOOD
LAW FIRM PURSUANT TO 11 U.S.C. § 327(e) AS FAMILY LAW COUNSEL**
(Related to Dkt. No. 49)

On this day, came on for consideration the *Expected Application for Retention of the Haygood Law Firm Pursuant to 11 U.S.C. § 327(e) as Family Law Counsel* (Dkt. No. 49) (the "Application") filed by Mary Brenna Rylee (the "Debtor"), seeking approval of the Court to allow the Haygood Law Firm (the "Firm") to serve as family law counsel, as more particularly set forth in the Application.

Lane A. Haygood and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtor or her estate, that it is disinterested, and that its

HB: 4836-4841-0351.2

employment is in the best interest of the estate. The Court finds that the motion has merit and should be GRANTED. It is therefore

ORDERED that Debtor is authorized to employ the Firm as family law counsel pursuant to 11 U.S.C. § 327(e), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED that the Firm shall comply in all respects with W.D. Tex. L. Rule 2016.

### # # #

Submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
Jameson J. Watts
State Bar No. 24079552
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.Butler@huschblackwell.com
jameson.watts@huschblackwell.com

**PROPOSED COUNSEL FOR DEBTOR
MARY BRENNA RYLEE**