IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 21-10436-tmd |
| MARY BRENNA RYLEE, | § § | |
| | § | CHAPTER 11 |
| Debtor. | § | (SUBCHAPTER V) |

## DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

Mary Brenna Rylee (the "Debtor"), hereby files this Status Report Pursuant to 11 U.S.C. § 1188(c) and respectfully states as follows:

1. The Debtor filed her Voluntary Petition (the "Petition") under Subchapter V of Chapter 11 of the United States Bankruptcy Code on May 31, 2021. *See* Dkt. No. 1.

2. Since the filing of the Petition, the Debtor has completed the Initial Debtor Interview and provided the requested documents to the U.S. Trustee, attended the 341 meeting, and timely filed her Schedules and Statement of Financial Affairs. *See* Dkt. Nos. 22, 23, 37, & 41.

3. The Debtor has sought and obtained Orders approving the employment of her bankruptcy counsel, Husch Blackwell LLP, and her family law counsel, the Haygood Law Firm. *See* Dkt. Nos. 51 & 58.

4. The Debtor is currently in divorce proceedings (the "Divorce Proceeding") with her non-filing spouse, Michael G. Rylee (the "Spouse" and together with the Debtor, the "Parties"), which has been pending in Travis County, Texas since April 29, 2020. *See In the Matter of the Marriage of Mary Brenna Rylee and Michael Gene Rylee*, Case No. D-1-FM-20-002371 in the 353rd Judicial District Court of Travis County, Texas (the "Family Court").

5. On July 7, 2021, the Debtor filed an Expedited Agreed Motion Between Debtor and the Debtor's Non-Filing Spouse for Order Modifying the Automatic Stay to Establish Procedures for Division of Community Property (Dkt. No. 48) to approve the retention of an independent expert financial advisor (the "Financial Advisor") to be selected by the Subchapter V Trustee in this case (the "Trustee") for the purpose of (i) evaluating and investigating certain alleged unauthorized transactions identified by each of the Parties and (ii) valuing and assisting in the division of the Parties' community property (the "Protocol"). The Protocol was approved by the Court on July 9, 2021. *See* Dkt. No. 48. Pursuant to the Protocol, the Trustee will select the Financial Advisor on or before July 16, 2021, and the Parties will turn over requested records to the Financial Advisor within five business days of the Trustee selecting the Financial Advisor. The Trustee will prepare a report that will be completed no later than August 13, 2021, after which the Parties will attend mediation in an attempt to resolve the division of their community property. The Debtor is optimistic that the Protocol will result in a settlement with her Spouse that will allow her to propose and confirm a consensual Chapter 11 Plan.

6. The Debtor is also in communication with her largest creditor, American Momentum Bank ("AMB"), which is owed approximately $3.7 million for loans issued to the Parties' businesses, FLX Energy Services, LLC and Flex 24 Fitness, LLC (collectively, the "Rylee Businesses"), which were guaranteed by the Debtor and her Spouse. The Debtor will work with AMB throughout and after completion of the Protocol in an effort to reinstate the commercial loans so they are on good terms and/or cured through the Debtor's Chapter 11 Plan. During the Protocol, the Debtor will also be formulating the cash flow projections for the Rylee Businesses that are necessary to fund a plan of reorganization in this case. These activities are ongoing and should be finalized after the Financial Advisor's report is completed.

7. An Order has also been entered to allow the Family Court to move forward with child custody and school issues for the Parties' minor children. *See* Dkt. No. 47.

8. To date, three claims have been filed in this case totaling $121,421.82.

9. To date, the Debtor has not reached any consensual resolution or a plan in this case but will continue to work through the Protocol and attempt to confirm a consensual Chapter 11 Plan in this case. The Debtor will continue to work with the Trustee in connection with her efforts to develop a consensual plan of reorganization.

10. The deadline to file the Debtor's Chapter 11 Plan is August 30, 2021. The Debtor expects to file her Chapter 11 Plan on or before that date.

Dated: July 12, 2021.                     Respectfully submitted,

                                                         HUSCH BLACKWELL LLP

                                                         By: /s/ Jameson J. Watts
                                                               Lynn Hamilton Butler
                                                               State Bar No. 03527350
                                                               Jameson J. Watts
                                                               State Bar No. 24079552
                                                               111 Congress Avenue, Suite 1400
                                                               Austin, Texas 78701
                                                               Tel: (512) 472-5456
                                                               Fax: (512) 479-1101
                                                               lynn.Butler@huschblackwell.com
                                                               jameson.watts@huschblackwell.com

                                                       **COUNSEL FOR DEBTOR**
                                                       **MARY BRENNA RYLEE**

HB: 4842-2588-2353.2

## CERTIFICATE OF SERVICE

I certify that on July 12, 2021, a copy of this document was served upon the parties and by the means indicated below.

/s/ Jameson J. Watts
Jameson J. Watts

**Notice will be served via ECF to:**

Mary Brenna Rylee
c/o Jameson J. Watts
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Email: Jameson.watts@huschblackwell.com

American Momentum Bank
c/o Bruce Ruzinsky
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Email: bruzinsky@jw.com

American Momentum Bank
c/o Jennifer F. Wertz
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com

Ector CAD
c/o Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@publicans.com

Michael G. Rylee
c/o Fareed Iqbal Kaisani
Platt Cheema Richmond PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Email: fkaisani@pcrfirm.com

Southstar Bank, S.S.B.
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
100 West Goodwin, Suite 700
Post Office Box 1969
Victoria, TX 77902
Email: rchapman@andersonsmith.com

Subchapter V Trustee
c/o Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Email: mcolvard @mdtlaw.com

Travis County
c/o Jason A. Starks
Travis County Attorneys' Office4
PO Box 1748
Austin, TX 78767-1748
Email: Jason.starks@traviscountytx.gov

United States Department of Justice
Office of the United States Trustee
c/o J. Casey Roy, Trial Attorney
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: Casey.Roy@usdoj.gov

United States Trustee – AU12
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: ustpregion07.au.ecf@usdoj.gov

HB: 4842-2588-2353.2

**Notice will be mailed via United States first-class mail to:**

Briggs & Veselka Co
c/o Edward Fowler
901 S. Mopac Expressway
Bldg. II, Suite 450
Austin, TX 78746

Capital One Bank USA NA
PO Box 31293
Salt Lake City, UT 84131-1293

Community National Bank
1502 Avenue M
Hondo, TX 78861

Community National Bank
2659 John Ben Shepperd Pkwy.
Odessa, TX 79762

Friday Milner Lambert Turner, PLLC
3401 Glenview Avenue
Austin, TX 78703

GTG Solutions, Inc.
c/o Bob. J. Shelton P.C.
5103 Chad Drive
Arlington, TX 76017

GTG Solutions, Inc.
c/o Anna Hand-Registered Agent
500 West Sherman
Chico, TX 76431

Haygood Law Firm
c/o Lane Haygood
522 North Grant Avenue
Odessa, TX 79761

Internal Revenue Service
Special Procedures
Stop 5022 AUS
300 East 8th Street
Austin, TX 78701

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

James Firm PLLC
c/o Amanda James
1316 5th Avenue
Fort Worth, TX 76104

John Manicom
PO Box 341420
Austin, TX 78734

Kelly L. Burris
Cordell & Cordell PC
301 Congress Avenue, Suite 1800
Austin, TX 78701

Michael G. Rylee
101 Colorado, Apt. 3007
Austin, TX 78701-4292

Texas Comptroller of Public Accounts
Revenue Acctg Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001

Travis County Tax Assessor-Collector
P.O. Box 149326
Austin, TX 78714

5

HB: 4842-2588-2353.2