THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
§
MARY BRENNA RYLEE § CASE NO. 21-10436-TMD
§
DEBTOR. § CHAPTER 11

PLEASE SEE CASE NO. 21-10436-TMD, DOCUMENT NO. 48 – ORDER GRANTING EXPEDITED AGREED MOTION BETWEEN DEBTOR AND THE DEBTOR'S NON-FILING SPOUSE FOR ORDER MODIFYING THE AUTOMATIC STAY TO ESTABLISH PROCEDURES FOR DIVISION OF COMMUNITY PROPERTY
(AT PAGE 2)

**MARTIN & DROUGHT, P.C.**
Michael G. Colvard
State Bar No. 04629200
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com
**SUBCHAPTER V TRUSTEE**