IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO. 21-10436-tmd |
| MARY BRENNA RYLEE | | |
| DEBTOR | | CHAPTER 11 |

## OBJECTION TO CONFIRMATION OF GTG SOLUTIONS, INC.

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, GTG Solutions, Inc. ("GTG") and files this its Objection to Confirmation of the Debtor's proposed Plan of Reorganization ("Plan") and would respectfully show the following:

1. GTG is an unsecured creditor. The Plan places GTG in Class 5 along with American Momentum Bank as contingent FLX unsecured claims. Class 5 treats its two members very differently: the bank gets additional collateral in exchange for a release of the Debtor's guaranty and a war chest of $150,000 is given to the Debtor's spouse to settle with or fight GTG. Both are impaired.

2. GTG has voted to reject the Plan. Therefore Class 5 has not voted to accept the Plan because a majority of the claimants voting in Class 5 have not voted to accept the Plan.

3. The Plan fails to comply with 11 USC § 1129(a)(8).

4. The Plan fails to comply with 11 USC § 1129(a)(7)(A)(ii).

5. The Plan fails to comply with 11 USC § 1129(a)(15).

6. The Plan fails to comply with 11 USC § 1129(b)(2)(B).

WHEREFORE, GTG prays that confirmation of the Plan be denied and for such other and further relief to which it may be entitled.

Dated: October 15, 2021.

                                      Respectfully submitted,

                                      LAW OFFICES OF FRANK B. LYON
                                      TWO FAR WEST PLAZA - Suite 170
                                      3508 Far West Boulevard
                                      Austin, Texas 78731
                                      512.345-8964 / 512.697-0047 (fax)
                                      frank@franklyon.com
                                      By: */s/ Frank B. Lyon*
                                          FRANK B. LYON
                                          State Bar No. 12739800

                                       ATTORNEY FOR CREDITOR,
                                        GTG SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record and caused a copy to be served to the attached matrix by first class US mail.

                                        */s/ Frank B. Lyon*
                                        FRANK B. LYON

| | | |
|---|---|---|
| Travis County Tax Assessor-Collector<br>P.O. Box 149326<br>Austin, TX 78714 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Ector County Tax Assessor/Collector<br>1308 E. 8th Street<br>Odessa, TX 79761-4703 |
| SouthStar Bank, SSB<br>Attn: Greg Vesely<br>100 South Main Street<br>Moulton, TX 77975 | John Manicom<br>PO Box 341420<br>Austin, TX 78734 | James Firm PLLC<br>c/o Amanda James<br>1316 5th Avenue<br>Fort Worth, TX 76104 |
| Friday Milner Lambert Turner, PLLC<br>3401 Glenview Avenue<br>Austin, TX 78703 | Capital One Bank USA NA<br>c/o American InfoSource as Agent<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | Briggs & Veselka Co<br>c/o Edward Fowler<br>901 S. Mopac Expressway<br>Bldg. II, Suite 450<br>Austin, TX 78746 |
| American Momentum Bank<br>Attn: Mike Collins<br>201 S. Orange Avenue, Suite 1000<br>Orlando, FL 32801 | GTG Solutions, Inc.<br>c/o Bob. J. Shelton P.C.<br>5103 Chad Drive<br>Arlington, TX 76017 | American Momentum Bank<br>Attn: Mike Collins<br>201 S. Orange Avenue, Suite 1000<br>Orlando, FL 32801 |

| | | |
|---|---|---|
| American Momentum Bank<br>c/o Bruce J. Ruzinsky and Jennifer Wertz<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, TX77010 | Community National Bank<br>1502 Avenue M<br>Hondo, TX78861 | Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX78778 |
| Texas Comptroller of Public Accounts<br>Revenue Acctg Div - Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX78711-3528 | Internal Revenue Service<br>Special Procedures<br>Stop 5022 AUS<br>300 East 8th Street<br>Austin, TX78701 | Michael G. Rylee<br>3832 Villanova Drive<br>Dallas, TX75225 |
| Kelly L. Burris<br>Cordell & Cordell PC<br>301 Congress Avenue, Suite 1800<br>Austin, TX78701 | Haygood Law Firm<br>c/o Lane Haygood<br>522 North Grant Avenue<br>Odessa, TX79761 | GTG Solutions, Inc.<br>c/o Anna Hand-Registered Agent<br>500 West Sherman<br>Chico, TX76431 |
| Community National Bank<br>2659 John Ben Shepperd Pkwy.<br>Odessa, TX79762 | Michael G. Rylee<br>c/o Fareed Iqbal Kaisani<br>Platt Cheema Richmond PLLC<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, TX75207 | Ector County Tax Assessor/Collector<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX78205 |
| SouthStar Bank, SSB<br>c/o Richard T. Chapman<br>P.O. Box 1969<br>Victoria, TX77902 | GTG Solutions, Inc.<br>c/o Frank B. Lyons<br>Two Far West Plaza, Suite 170<br>3508 Far West Bouelvard<br>Austin, TX78731 | |