**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>**MARY BRENNA RYLEE,**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 21-10436-tmd<br><br>**CHAPTER 11**<br>**(SUBCHAPTER V)**<br><br>**Judge Tony M. Davis**<br><br>**WebEx Confirmation Hearing on Debtor's Proposed Subchapter V Plan of Reorganization [Dkt. No. 93]**<br><br>**October 25, 2021 at 2:45 p.m.** |

## DEBTOR'S WITNESS AND EXHIBIT LIST

**I. WITNESSES**

1. Mary Brenna Rylee, Debtor (direct examination by declaration)
2. Erik White, Financial Advisor

The Debtor reserves the right to cross-examine any witness identified by any other party and to call rebuttal witnesses, if necessary.

**II. EXHIBITS**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| **Debtor-1** | Debtor's Proposed Subchapter V Plan of Reorganization [Dkt. No. 93] | | | | | | |
| **Debtor-2** | Ballot Summary with Ballots [Dkt. No. 111-1] | | | | | | |
| **Debtor-3** | Financial Projections [Dkt. No. 93 at 40] | | | | | | |
| **Debtor-4** | Liquidation Analysis [Dkt. No. 93 at 41] | | | | | | |

HB: 4877-8695-3216.1

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| Debtor-5 | Declaration of Mary Brenna Rylee | | | | | | |
| | Any exhibits listed by any other party | | | | | | |
| | Any exhibits necessary for rebuttal or impeachment | | | | | | |

In addition, the Debtor designates any pleadings, including exhibits, filed in this Bankruptcy Case and any exhibits designated by any other party.

The Debtor reserves the right to amend or supplement this Witness and Exhibit List.

Dated: October 21, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Jameson J. Watts
Lynn Hamilton Butler
State Bar No. 03527350
Jameson J. Watts
State Bar No. 24079552
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.Butler@huschblackwell.com
jameson.watts@huschblackwell.com

**COUNSEL FOR DEBTOR MARY BRENNA RYLEE**

HB: 4877-8695-3216.1

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2021, a copy of this document was served upon the parties registered to receive notice via ECF as indicated below. I further certify that on October 22, 2021, a copy of this document was served upon the parties not registered to receive notice via ECF as indicated below. Exhibits will be delivered electronically to those parties receiving ECF notification.

/s/ Jameson J. Watts
Jameson J. Watts

**Notice will be served via ECF to:**

Mary Brenna Rylee
c/o Jameson J. Watts
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
Email: Jameson.watts@huschblackwell.com

American Momentum Bank
c/o Bruce Ruzinsky
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Email: bruzinsky@jw.com

American Momentum Bank
c/o Jennifer F. Wertz
100 Congress Avenue, Suite 1100
Austin, TX 78701
Email: jwertz@jw.com

Ector CAD
c/o Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@publicans.com

Michael G. Rylee
c/o Fareed Iqbal Kaisani
Platt Cheema Richmond PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Email: fkaisani@pcrfirm.com

Southstar Bank, S.S.B.
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
100 West Goodwin, Suite 700
Post Office Box 1969
Victoria, TX 77902
Email: rchapman@andersonsmith.com

Subchapter V Trustee
c/o Michael Colvard
Weston Center
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Email: mcolvard @mdtlaw.com

Travis County
c/o Jason A. Starks
Travis County Attorneys' Office4
PO Box 1748
Austin, TX 78767-1748
Email: Jason.starks@traviscountytx.gov

3

HB: 4877-8695-3216.1

United States Department of Justice
Office of the United States Trustee
c/o J. Casey Roy, Trial Attorney
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: Casey.Roy@usdoj.gov

United States Trustee – AU12
903 San Jacinto Blvd., Suite 230
Austin, TX 78701
Email: ustpregion07.au.ecf@usdoj.gov

GTG Solutions, Inc.
c/o Frank B. Lyon
3508 Far West Blvd., Suite 170
Austin, TX 78731
Frank@franklyon.com

**Notice will be mailed via United States first-class mail to:**

Briggs & Veselka Co
c/o Edward Fowler
901 S. Mopac Expressway
Bldg. II, Suite 450
Austin, TX 78746

Capital One Bank USA NA
PO Box 31293
Salt Lake City, UT 84131-1293

Community National Bank
1502 Avenue M
Hondo, TX 78861

Community National Bank
2659 John Ben Shepperd Pkwy.
Odessa, TX 79762

Friday Milner Lambert Turner, PLLC
3401 Glenview Avenue
Austin, TX 78703

GTG Solutions, Inc.
c/o Bob. J. Shelton P.C.
5103 Chad Drive
Arlington, TX 76017

GTG Solutions, Inc.
c/o Anna Hand-Registered Agent
500 West Sherman
Chico, TX 76431

Haygood Law Firm
c/o Lane Haygood
522 North Grant Avenue
Odessa, TX 79761

Internal Revenue Service
Special Procedures
Stop 5022 AUS
300 East 8th Street
Austin, TX 78701

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

James Firm PLLC
c/o Amanda James
1316 5th Avenue
Fort Worth, TX 76104

4

HB: 4877-8695-3216.1

John Manicom
PO Box 341420
Austin, TX 78734

Kelly L. Burris
Cordell & Cordell PC
301 Congress Avenue, Suite 1800
Austin, TX 78701

Michael G. Rylee
101 Colorado, Apt. 3007
Austin, TX 78701-4292

Texas Comptroller of Public Accounts
Revenue Acctg Div - Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001

Travis County Tax Assessor-Collector
P.O. Box 149326
Austin, TX 78714