**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-10436-TMD |
| MARY BRENNA RYLEE | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER AUTHORIZING AND AWARDING FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS**

WHEREAS, in said District, came on for consideration the First and Final Application for Compensation of Fees and Expenses, (the "Final Application") of HMP Advisory Holdings, LLC dba Harney Partners ("Harney Partners" and/or "Applicant"), as Financial Advisor to Mary Brenna Rylee ("Debtor"), seeking final allowance of compensation and reimbursement of actual and necessary expenses for the period of July 15, 2021 through August 23, 2021 in the amount of Fifty-Five Thousand One Hundred Forty Dollars and 00/100 ($55,140.00), plus expenses in the amount of Zero Dollars and 00/100 ($0.00) for a total of unpaid fees and expenses in the amount of Thirty-Five Thousand One Hundred Forty Dollars and 00/100 (**$35,140.00**), and the Court finding that the

compensation should be awarded and the reimbursement of out-of-pocket expenses should be allowed. It is therefore. . .

ORDERED, ADJUDGED and DECREED that Harney Partners be and hereby is, awarded its final compensation for fees in the amount of $35,140.00 and expenses of $0.00. It is further. . .

ORDERED, ADJUDGED and DECREED that Harney Partners be and hereby is provided final approval for all fees and expenses awarded for services provided within this proceeding between July 15, 2021 through August 23, 2021 in the amount of Fifty-Five Thousand One Hundred Forty Dollars and 00/100 ($55,140.00) minus the retainer fee of Twenty Thousand Dollars and 00/100 ($20,000.00), for a total of Thirty-Five Eight Thousand One Hundred Forty Dollars and 00/100 ($35,140.00), which sum is to be paid by Debtor within ten (10) days hereof.

###

Submitted by:

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By:/s/ Michael G. Colvard
     MICHAEL G. COLVARD
     State Bar No. 0462920

**SUBCHAPTER V TRUSTEE**